UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Kimberly A. Giraro, | : | Case No. 1:08CV1959 |
| Plaintiff | : | Judge Christopher Boyko |
| v. | : | Magistrate Judge David S. Perelman |
| Commissioner of Social Security, | : | **REPORT AND RECOMMENDED DECISION** |
| Defendant | : | |

Per this Court's Order of August 27, 2008 plaintiff's brief on the merits was due on March 3, 2009.

On March 4, 2009 this Court granted a motion seeking an extension of time to April 2, 2009 to file plaintiff's brief.

On April 2nd a second motion seeking an extension until May 4, 2009 was filed. This Court granted that motion the following day.

A third motion seeking an extension until May 18, 2009 was filed on May 4, 2009. It was granted on May 8th.

On May 14th a fourth motion seeking an extension until June 8, 2009 was filed. This Court's Order, by way of marginal entry, granting that motion stated "No further extension will be allowed."

No brief on the merits has been filed on behalf of the plaintiff.

It is recommended that this action be dismissed for want of prosecution.

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE: June 11, 2009

**OBJECTIONS**

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See, also, Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).